**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   __7__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cherry Logistics Corp.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0187006** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2801 Finley Road** **Downers Grove, IL 60515** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Cherry Logistics Corp.**

Name                                                                     Case number (*if known*) _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4885__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Cherry Logistics Corp.**                                          Case number (*if known*) _____
Name

---

**11.  Why is the case filed in**   *Check all that apply:*
   *this district?*

   ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
        preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**   ■ No
   **have possession of any**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
   **real property or personal**
   **property that needs**
   **immediate attention?**
                                   **Why does the property need immediate attention?** (*Check all that apply.*)

                                   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard? _____

                                   ☐ It needs to be physically secured or protected from the weather.

                                   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                   ☐ Other _____
                                   **Where is the property?**   _____
                                                                Number, Street, City, State & ZIP Code
                                   **Is the property insured?**

                                   ☐ No

                                   ☐ Yes.   Insurance agency   _____
                                             Contact name   _____
                                             Phone   _____

---

<span style="background:black;color:white">███</span>   **Statistical and administrative information**

**13.  Debtor's estimation of**   .   *Check one:*
   **available funds**
                                   ☐ Funds will be available for distribution to unsecured creditors.

                                   ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**   ☐ 1-49                      ☐ 1,000-5,000              ☐ 25,001-50,000
   **creditors**              ☐ 50-99                     ☐ 5001-10,000              ☐ 50,001-100,000
                              ☐ 100-199                   ☐ 10,001-25,000            ☐ More than100,000
                              ■ 200-999

---

**15.  Estimated Assets**   ☐ $0 - $50,000                  ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                            ■ $100,001 - $500,000           ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**   ☐ $0 - $50,000                  ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | Cherry Logistics Corp. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 28, 2017**
MM / DD / YYYY

**X** **/s/ Charise Simmers**
Signature of authorized representative of debtor

**Charise Simmers**
Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ William J. Factor**
Signature of attorney for debtor

Date   **July 28, 2017**
MM / DD / YYYY

**William J. Factor**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone   **312-878-6976**   Email address

**6205675**
Bar number and State

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized** The debtor requests relief in accordance with the chapter of title 11, United States Code, **specified in this petition.** **representative of debtor**

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 27, 2017**

_____
MM / DD / YYYY

**X** **/s/ Charise Simmers**                    **Charise Simmers**    **William J. Factor**
_____                         Printed name
Signature of authorized representative of debtor

Title    **President**

_____

**X**                                            Date **July 27, 2017**
                                                      MM / DD / YYYY

**/s/ William J. Factor**

**18. Signature of attorney**    Signature of attorney for debtor

Printed name

**FactorLaw**      .

Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**

Number, Street, City, State & ZIP Code

Contact phone    **312-878-6976**        Email address

**6205675**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Cherry Logistics Corp.**                Case No. _____

                                     Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept .................................................... $        **25,000.00**

     Prior to the filing of this statement I have received ..................................... $        **25,000.00**

     Balance Due ....................................................................................................... $        **0.00**

2.   $ __**0.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

     **Representation of the debtors in any adversary proceedings.**

| CERTIFICATION |
| --- |

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 28, 2017**                    **/s/ William J. Factor**
*Date*                                   **William J. Factor 6205675**
                                    *Signature of Attorney*
                                    **FactorLaw**
                                    **105 W. Madison St., Suite 1500**
                                    **Chicago, IL 60602**
                                    **312-878-6976  Fax: 847-574-8233**
                                    *Name of law firm*



**1363 Shermer Road, Suite 224**
**Northbrook, Illinois 60062**
**Tel: (312) 878-6976**
**Fax: (847) 574-8233**

**105 W. Madison, Suite 1500**
**Chicago, Illinois 60602**
**Tel: (312) 878-6976**
**Fax: (847) 574-8233**

**William J. Factor**
**Direct line: (312) 878-6146**
**Email: wfactor@wfactorlaw.com**

July 27, 2017

**<u>VIA EMAIL</u>**

Ms. Charise Simmers
Cherry Logistics Corporation
2801 Finley Rd., Suite 203
Downers Grove, IL 60515

Re:  ***<u>Engagement Letter</u>***

Dear Ms. Simmers:

Thank you for considering The Law Office of William J. Factor, Ltd. ("*FactorLaw*") as counsel for Cherry Logistics Corporation ("*Client*") in the case filed against it by Associated Bank and in a bankruptcy case to be filed in the Bankruptcy Court for the Northern District of Illinois (the "*Current Engagement*").

FactorLaw would be honored to represent Client in the Current Engagement, subject to the following terms and conditions. If acceptable to Client, please execute a copy of this agreement on the last page and return it to us, along with the retainer discussed below, after which the Current Engagement will commence and will be guided by this agreement.

1.     **Limited Scope**.  To avoid uncertainty about FactorLaw's role and the identity of its Client, the Current Engagement is limited and does not entail representing Client in any matters other than the Current Engagement or representing any other entity or any other business, including any of the owners, officers or shareholders of

{00095245}

Cherry Logistics Corp.
July 27, 2017
Page 2

Client.  As we have discussed, FactorLaw does not represent you or
Michael Healy.

2.    **Professional Fees.**  Fees for the Current Engagement
will depend upon the number of hours expended by FactorLaw
professionals on the Current Engagement, multiplied by the applicable
hourly rate for each professional working on the Current Engagement.
At present, FactorLaw charges hourly rates between $375 and $200 for
the services of its attorneys and it charges $100 per hour for the
services of legal assistants. Rates are reviewed periodically and are
subject to change, although we do not anticipate any rate changes at
this time.

It is not possible to determine with any degree of precision the
total fees and other charges that Clients are likely to incur in
connection with the Current Engagement. Thus, any estimate of total
fees always carries the understanding that, unless we agree otherwise
in writing, it does not represent a maximum, minimum, or fixed-fee
quotation. The ultimate cost frequently is more or less than the
amount estimated and often is a function of matters outside of our
control, particularly when litigation is involved.

3.    **Expenses.** FactorLaw also charges for actual out of
pocket expenses advanced on Clients' behalf. FactorLaw generally
limits out of pocket expenses to costs that would not have been
incurred but for FactorLaw's work on Clients' behalf.  FactorLaw does
not charge for routine facsimile, telephone, and computerized legal
research within the scope of its subscription to LEXIS.

4.    **Retainer.**  Based upon the limited information we have
regarding the nature and scope of the Current Engagement,
FactorLaw requires a $25,000 advance payment retainer to start
working. FactorLaw acknowledges that it has received the $25,000
advance payment retainer from Client.

Under Illinois law, there are different types of retainers. The
client alone has the option to select what type of retainer agreement to
use. The client may choose to have the money placed in a security
retainer, under which the money remains the property of the client
and is placed in a client trust account until such time as it is paid to
FactorLaw for services and costs rendered in FactorLaw's
representation, as governed by the terms of this agreement.
Alternatively, the funds may be considered an advanced payment
retainer, and deemed earned upon receipt and not held in a trust

Cherry Logistics Corp.
July 27, 2017
Page 3

account, although any funds that are unused at the end of the engagement are returned.

FactorLaw requires an advanced payment retainer to represent Client in the Current Engagement. We generally require the advance payment retainer for new clients and for bankruptcy matters. Accordingly, the retainer will not be held in a client trust account and the funds will be deemed earned upon receipt, except that any funds remaining at the conclusion of the Current Engagement will be returned.

5.      **Billing and Payment**.  If Client's account becomes delinquent and Client has not made satisfactory payment terms, FactorLaw may withdraw, or seek to withdraw, from the Current Engagement consistent with applicable rules. Client will remain responsible for payment of our legal fees rendered and charges incurred prior to such withdrawal.  Client agrees to reimburse FactorLaw for any fees and expenses, including legal fees, incurred by FactorLaw to enforce the terms of this engagement letter.

If Client's account becomes delinquent and satisfactory payment terms are not arranged, FactorLaw may withdraw, or seek to withdraw, from the Current Engagement consistent with applicable rules. Client will remain responsible for payment of our legal fees rendered and charges incurred prior to such withdrawal.  If FactorLaw commences litigation to collect any fees and expenses incurred on behalf of Client, Client agree to pay such legal fees and expenses.

Client acknowledges that the financial arrangements set forth in this letter have been agreed upon to induce us to act as the Client's attorneys. By accepting this arrangement, Client will be deemed to have consented in advance to allowing us to withdraw in the event of nonpayment, and expressly waive the attorney/client privilege concerning relevant portions of this letter so as to permit us to withdraw as the Client's attorneys.

6.      **Professional Judgment and Written Reliance**. At all times, FactorLaw and its attorneys will endeavor to represent Client zealously and act on Client's behalf to the best of our ability. Whenever FactorLaw provides Client with an expression regarding the potential outcome of a matter, we will use our best professional judgment. However, we cannot guarantee results or the outcome of any matter or issue. Any expression of our professional judgment regarding the Current Engagement or the potential outcome is, of course, limited by

{00095245}

Cherry Logistics Corp.
July 27, 2017
Page 4

our knowledge of the facts and based on the law at the time of
expression. It is also subject to any unknown or uncertain factors or
conditions beyond our control.

Any expressions of judgment or views are limited solely to
Client, and may not be shared with any other entity, nor may any
other entity rely upon such expressions.

Because of the complex nature of legal matters, we will endeavor
to counsel Client in writing on material legal matters affecting Client.
Client understand that unless legal advice provided by FactorLaw is
given in writing, it may be misinterpreted and thus Client agree not to
rely upon any advice from FactorLaw except to the extent in writing.
Client also agree to request advice in writing on important matters
concerning which Client may rely upon FactorLaw's advice.

7.      **Illinois Law**.  This agreement is to be construed and
interpreted by the laws of the State of Illinois. FactorLaw and Client
agree that any court action between the parties to enforce the terms of
this agreement or resolve any dispute related to this Agreement shall
be initiated solely in the appropriate state or federal courts with
jurisdiction for or over Cook County, Illinois.

8.      **Termination of Representation**.  Client may terminate
FactorLaw's representation at any time, with or without cause, by
notifying us and subject to court approval when required for matters in
litigation. We will return Client's papers and other property promptly
upon receipt of a request for those materials unless they are
appropriately subject to a lien under applicable law. We will retain our
files pertaining to the engagement, including our drafts, notes, internal
memos, and work product as permitted by applicable law. Client's
termination of our services will not affect Client's responsibility for
payment for legal services rendered and other charges incurred before
termination and in connection with an orderly transition of the matter.

9.      **Entire Agreement**. This document contains our entire
agreement pertaining to our retention by Client. We have made no
representations, guaranties or promises regarding the disposition of
any phase of the Client's matters and all expressions relative to such
an outcome are preliminary and subject to further due diligence,
discussion and advice.

10.     **Conclusion of Representation**.  When we complete the
services for which Client has retained us, our attorney-client

Cherry Logistics Corp.
July 27, 2017
Page 5

relationship for that matter will be terminated. If Client later retains
us to perform further or additional services, our attorney-client
relationship will be revived subject to these terms of engagement
unless we change the terms in writing at that time.

**THE LAW OFFICE OF
WILLIAM J. FACTOR, LTD.**

Very truly yours,

William J. Factor

AGREED:

Cherry Logistics Corp.

By: _____

Its: _____

Associated Bank, National Associat
525 W Monroe, 24th flr
Chicago, IL 60661


24-7 Locksmith
N/A
5268 Nicholson Ln
Kensington, MD 20895


360 Lawn & Landscaping ACH
Kristopher & Michelle Gross
360 S ST CHARLES ST
FLORISSANT, MO 63031


360 TCS LLC
360 E. 22nd St.
Lombard, IL 60148


A  J Lawn Care
Alan Court
PO box 8293
Albany, NY 12208


A & A Lawncare
1
563 Stevenson Rd
Erlanger, KY 41018


A Beautiful View Lawn  Landscaping LLC
Jaime Vejar
557 E Cougar Dr
Meridian, ID 83646


A Plus Landscaping LLC ACH
Marcus Waldner
85 Creamery Rd
Reinholds, PA 17569


AA Lawn Care  Landscape
Adam Adkins
622 Anson St
Gretna, LA 70053

AAA Lawn Maintenance ACH
1
217 Garrettson Ave
Michigan City, IN 46360


AAA Striping  Sweeping LLC ACH
Brett Brown
P.O. Box 287
Metamora, IL 61548


Abbott Tree Care LLC ACH SALT
Mike Abbot & John Davis
Po Box 249
Wayne, IL 60184-0249


ACC International ACH
Tim Avram
200 N Furnace St., Bldg 1
Birdsboro, PA 19508


Action SnowPlow  Lawncare  Striping
Geoff Rogers
568 Foothill Dr, Suite 2
Kamas, UT 84036


Adam's Landscaping ACH
Scott Adams
3934 S Medinaline Rd
Wadsworth, OH 44281


AFCO Insurance Premium Finance
P.O. Box 4795
Carol Stream, IL 60197-4795


Affordable Cuts
1
736 Forest Mills Road
Chesapeke, VA 23322


Affordable Lawn  Lanscaping
Brian Illum
394 S Alma Ave
Kankakee, IL 60901

Affordable Roofing Inc
1500 Dearborn
Aurora, IL 60505


Airstream Pressure Washing Inc
airstreaminc@sbcglobal.ne
P.O. Box 276
South Elgin, IL 60177


AK Maintenance ACH
Casey Kruse
205 E Butterfield Rd, # 409
Elmhurst, IL 60126


All Season Lawn Care  Landscaping Inc
Patrick Conley
6040 North 91th
Milwaukee, WI 53225


Alligatortek ACH
One Oakbrook Terrace, st 330
Oakbrook Terrace, IL 60181-4449


Alpine Snow Removal
NATHAN RUPPE & TIM
P.O. Box 1921
Truckee, CA 96160


Always Sharp ACH
Chad & Randy Cummings
9940 Sashabaw Rd
Clarkston, MI 00043-8348


American Chartered/ MB Bank
20 North Martindale Road
Schaumburg, IL 60173


American Express
Box 0001
Los Angeles, CA 90096


Ani Corporation
Alex Ivanow
140 Lincoln Ave
Hawthorne, NJ 07506

Arizona Dept of Revenue
PO Box 29085
Phoenix ZA 85038-9085


Arkansas Automatic Gates
Brian Gray
1200 John Barrow, Suite 405
Little Rock, AR 72205


Arkansas Dept of Revenue


Artistic Painting Inc
Don
121 Laura Lane
New Lenox, IL 60451


ASPMG Inc  ACH Salt
Michael & Cathy Scalet
7307 Mccullom Lake Road Unit 1
Wonder Lake, IL 60097


Associated Bank, National Associat
 525 West Monroe St.
 24th floor
Chicago, IL 60661


AT & T
P.O. 6463
Carol Stream, IL 60197-6463


Avalanche Enterprises SALT
Tom & Lori Drogemuller
17636 Haas Rd
Mokena, IL 60448-8513


Avalara Inc ACH
Dept CH 16781
Palatine, IL 60055-6781


Ayala's Landscaping  Tree Service
Jose Ayala
4809 Parry Ave
Dallas, TX 75223

B&B Yard Care LLC ACH GM
Bryan Smothers
P.O. Box 687
Benton, KY 42025


BAM Outdoor Inc ACH
BAM Outdoor Inc
P.O. Box 2132
Noblesville, IN 46061-2132


Beautiful Outdoors Lawn & Landscaping In
Kyle Dougl & Felipe Blancas
1005 S. 12th Street
Kansas City, KS 66105


Bedford Landscape Management ACH
No Conta Given
118 Armstrong Ave
Staten Island, NY 10308


Beery Heating & Cooling, Inc - ACH
MIKE KATZENBACH
114 D Kirkland Circle #D
Oswego, IL 60543


Best Courier and Delivery ACH
d/b/a Best Courier & Delivery
PO Box 6327
Libertyville, IL 60048


Better Business Bureau HOLD
330N Wabash Ave Ste 3120
Chicago, IL 60611-7621


Bevara Inc  ACH
N19W24400 Riverwood Drive
Suite LL200
Waukesha, WI 53188


Bill's Landscaping  Design
Bill Daniels
654 Maple Ave
Ridgefield, NJ 07657

Blackcreek Landscaping
Andrew Costas
201 Wenneker Dr
St. Louis, MO 63124


Bloomfield ParkingLot Maintenance Inc AC
Barbara Johnson
75 Elliott Pl.
Freeport, NY 11520


Blue Sky Lawn Care LLC GM
1
760 Van Pelt Lane Unit E
Pensacola, FL 32505


Boardman Construction   ACH
Lee & Bruce Boardman
7717 Macomb
Grosse Ile, MI 48138


Boones Landscaping ACH GM
1
2058 Graystone Hills Drive
Conroe, TX 77304


Borderlines Pavement Maintenance -  ACH
2006 1St Avenue North
Anoka, MN 55303


Brancato Landscaping Inc
JOE & ANTHONY BRANCA
P.O. Box 481088
Niles, IL 60714


Brasher Lawn Care ACH
Logan Brasher
890 Davis Rd
Camden, TN 38320


Bryan Minier
Lathrop & Gage
155 North Wacker, Suite 3000
Chicago, IL 60606-1787

Buckley's Prairie Landscape - ACH
1
P O BOX 13343
Springfield, IL 62791


Builders Chicago Corporation
9820 W Foster Ave
Rosemont, IL 60018


C & M Contractors - ACH
Angela Kengen
P O Box 111
Union, IL 60180


C & T Lawn and Landscape ACH
Tim Groen & Scott Burghgraef
1580 Vollmer Road
Lynwood, IL 60411


Cal and Shans Landscape  Design Inc ACH
Ross Pajich
2819 Raycraft Rd
Woodstock, IL 60098-8305


Cannon Lawn Care GM
1
P O Box 1414
Slocomb, AL 36375


Capital Painting ACH
Scott Miller
5 S 636 Vest Avenue
Naperville, IL 60563-3360


Carpet Surplus
Carlos
5854 Goshen Springs Rd
Norcross, GA 30071


Casey Brothers Ent Inc  ACH SALT
Tim Casey
10230 S. Leavitt
Chicago, IL 60643

CC's Landscaping Inc ACH
Chris Smith
5839 Circle Drive
Mayfield Heights, OH 44124


Central IL Snow Removal
Derek Blunier
1131 County Road 800 N
Eureka, IL 61530


Chads Landscaping Inc ACH
Chad Clark
1179 Sylvertis Rd
Waterford, MI 48327


Charise Simmers
c/o Roger Lewis, Fox Swibel
200 West Madison, suite 3000
Chicago, IL 60606


Charise Simmers


Chudy Builders ACH
Chris Chudy
1301 Landmeier Rd
Elk Grove Village, IL 60007


Clean Cut Lawn Service Inc ACH
Ron Buttaro
285 Linfield Rd
Parker Ford, PA 19457


Cloudburst Sprinkler Co
Bill Weinrich
P.O. Box 912
Grand Island, NE 68802


Complete Tree Service
Matt
Po Box 40015
Casper, WY 82604

Conley Steel Inc
Bill Conley
P.O. Box 909
Montgomery, IL 60538-0909


Connor and Gallagher Ins Service ACH
750 Warrenville Rd, 400
Lisle, IL 60532


Construction Rentals
Chris Davoud
P.O. Box 1311
Midlothian, VA 23113


Continental Inc ACH GM
Linda Davis
8270 S Gaylord Circle
Littleton, CO 80122


Corbin Lawncare & Landscape Design ACH
1
416 Gaddis Ridge Road
Elk Horn, KY 42733


Core Landscaping
KALEB BARRE & ELI
1615 Winter St
Superior, WI 54880


Creative Gardens Services LLC
Carol Rakers
1909 N Sheridan Dr
Quincy, IL 62305


CT Dept of Revenue


Custom Creations
Scott
836 E. Post Road
Beloit, WI 53511


Custom Landscaping  ACH SALT
Zach Krachinski
2012 E. US Hwy 20
Michigan City, IN 46360

Cutting Edge Landscape Development OH
Mike Sebastian
649 Moore Road
Avon Lake, OH 44012


D & J Landscape Inc ACH
GRISELDA & DANIEL DA
22803 E Renwick Rd
Plainfield, IL 60544


D & P Enterprises  ACH
1
1561 US Highway 14 E
Richland Center, WI 53581


DBL Maintenance Corp
Nick Dragonetti
129 Louisiana Ave
Brooklyn, NY 11207


Dedicated Turf GM
Leonard Langley
P.O. Box 4056
Chesterfield, MO 63006


Delaware Dept of Revenue


Delaware Secretary of State
PO Box 5509
Binghamton, NY 13902-5509


Department of Revenue, State of Conn
State of Connecticut
PO Box 2936
Hartford, CT 06104-2936


Dept of the Secretary of State-NC
PO Box 29622
Raleigh, NC 27626-0622


Diamond Landscaping & Lawn Inc   ACH
1
P.O. Box 530796
Livonia, MI 48153

Diaz Group LLC  ACH SALT
Rafael
2143 W. 51st Place,
Chicago, IL 60609


Dr Green Thumb Landscape Services
PO Box 4153
Saint Joseph, MO 64504


Earth Care Inc
Don and Bob
1010 Town Rd.
West Chicago, IL 60185


Elgin Sweeping Service
Mary Ann
1015 W PERSHING RD
CHICAGO, IL 60609


Emerald Lawn & Landscaping GM 3410.
Scott Smith
P.O. Box 190514
Burton, MI 48519


Enterprise Glass Company
9930 W. 190th Street
Suite I
Mokena, IL 60448


Estate Landscape Management ACH
P. O. Box  20552
Indianapolis, IN 46220


Evans Landscaping - ACH
1
4229 Round Bottom
Cincinnati, OH 45244


Evergreen Lawn Care
1
2900 Fairview Drive
Owensboro, KY 42303

EW Landscaping LLC GM
Nathan Eyler
1344 Range Rd
York, PA 17408


FedEx
P. O. BOX 94515
Palatine, IL 60094


First Choice Landscaping LLC ACH GM
1
3559 Highway E
New Haven, MO 63068


Fish Window Cleaning #3040
Scott Karlis
P.O. Box 342
Medinah, IL 60157


Fitz's Lawn Care
Don Fitzsimmons
1137 Madison St
Beaver Dam, WI 53916


Foster's Lawncare & Landscaping GM
Shane Foster
1205 Kiowa Dr
Arlington, TX 76012


Four Seasons Landscaping Inc
Jeremy DeForge
P.O. Box 19226
Spokane, WA 99219


Fox Swibel Levin and Carroll LLP ACH
fslc.com
200 W. Madison St. 3000
Chicago, IL 60610-4793


Franklin Landscape ACH
Frank Victor
1807 Algonquin Pkwy
Louisville, KY 40210

Freds Enterprises Inc SALT
Fred Vagt
P.O. Box 1041
Bourbonnais, IL 60914


Freelance Landscape ACH
Rick Kessler
29115 Rt. 2 North
Hillsdale, IL 61257


Fresh Cut Lawn Care  Snow Removal LLC
Dylan Tutton
3875 Jordan Rd
Stevens Point, WI 54482


Freund Roofing ACH
17540 Adam Road
Granger, IN 46530


Gaspar's Landscaping
Louis Gaspar
150 Kilburn St
Fall River, MA 02720


GG Landscaping
Greg Whiting
P.O. Box 396
Tinley Park, IL 60477


Good Green Lawn & Landscaping LLC
1
8401 N Virginia Avenue
Kansas City, MO 64155


Grasscape Landscaping of Wi  ACH
P.O. Box 422
Kenosha, WI 53141


Grasshoppers Lawn  Milan ACH
Jason and BethAP
2996 158th Avenue
Sherrard, IL 61281

Gray Fox Properties LLC
Michael Healy
2801 Finley Road
Downers Grove, IL 60515


Gray Fox Properties LLC
301 North Airport Road
North Aurora, IL 60542-1476


Gray Fox Properties LLC
301 North Airport Road
North Aurora, IL 60542


Great Lakes Property ACH  SALT
Trent
PO Box 616
Antioch, IL 60002


GreatScapes LLC
Stephen Puget
25 Southwick Dr
Lincoln, RI 02865


Green Acres Lawn Care & Landscaping
1
6505 Logan Avenue
Belvidere, IL 61008


Green Dragon Property Preservation ACH
Terron Thomas
1139 Alexis Lane
Redlands, CA 92374-1841


Green Light National ACH
Brian Hogan
2 S Leavitt, #204
Chicago, IL 60612


Ground Tech LLC ACH Hold $500
Michael Jagroo
5475 74th St., Suite 101,
Middle Village, NY 11379

Handyman Services of Columbus LLC
Michael
1629 Hansen Ave.
Columbus, OH 43224


HAPAX  ACH
1
426 W. 23rd Street
Norfolk, VA 23517-1201


Hartman Landscape Inc ACH
Allen Jeziorski
10614 West Joliet Road
Peotone, IL 60468


Hawkins SALT
BRAD & MINDY HAWKINS
161 W 700N
Valparaiso, IN 46385


Hays Lawn Care & Land
1
806 North Ranson Road
Greenwood, MO 64034


Heads Up Irrigation and  Lighting LLC
6614 W 700 S
West Point, IN 47992


Healthcare Services Corporation
25550 Network Place
Chicago, IL 60673-1255


Heavenly Touch Lawn Service
Tyree Davis
565 N Forest Dr
Gulfport, MS 39507


Hedgemasters   ACH
Doug Gullerson
2308 10th St S
Fargo, ND 58103

HM Property Preservation Inc
Steven Morgan
947 LaRue Ln
Elizabethtown, KY 42701


Hollco Builders ACH
1
3108 Reflection Dr
Naperville, IL 60564


Hoy Landscaping Inc  ACH SALT
3000 Lake St.
Melrose Park, IL 60160


Hudson Lawn Enforcement
Matt Fedrow
9 West 14th Street
Bayonne, NJ 07002


Illinois Dept  of Revenue
P. O. Box 19032
Springfield, IL 62794-9032


Image One Facility Solutions Inc
1555 Mittel Blvd
Suite G
Wood Dale, IL 60191


Indiana Department of Revenue
PO Box 7205
Indianapolis, IN 46207-7205


Innovation Landscape Inc ACH
Nataly Perez
P.O. Box 505
Plainfield, IL 60544


Intrinsic Landscaping Inc
KURT HORUA & TOMMY
4336 Regency Dr
Glenview, IL 60025


Iowa Dept. of Revenue

J AND S Lawn Care LLC
Joe Gavin
N6191 740th St
Beldenville, WI 54003


J Steven Burkhart Excavating Inc
Steven Burkhart
109 Strasburg Pike
Lancaster, PA 17602


JBS Lawn Control Inc
Shereld Montgomery
3655 S Hopkins Ave
Titusville, FL 32780


JDK Services Inc ACH
4632 West Main
West Dundee, IL 60118


Jesse Drew Rock & Materials GM
Sean Reichman
1037 state Highway 37
West Frankfort, IL 62896


Jive Communications Inc
Department CH 19606
Palatine, IL 60055-9606


JJ Total Lawn Care LLC ACH
James Harwood
P.O. Box 358
Spring Green, WI 53588


JMK Snow & Ice Control
1
15533 Glenwood Court
Homer Glen, IL 60491


Joe De Belak Plumbing ACH
Joe De Belak
W143 N9358 Henry Stark Road
Menomonee Falls, WI 53051-2340

Jordan Meadows
Kayla Weers
204 E Maple St
Liberal, MO 64762


JS Outdoor Services ACH  HOLD GM
1
95 Oak Street
Leesburg, AL 35983


K&B Lawn Care  Landscaping ACH
Keith Carey
N11 586 Westline Rd
Brownsville, WI 53006


KCG Management LLC ACH HOLD
1
PO Box 7112
Algonquin, IL 60102


Kimball Property Management ACH
DREW TOVEY
138 East 12300 Sout, C-171
Draper, UT 84020


Kingsbury Snow Removal ACH
STEPHAN HAASE & ADDI
P. O. Box 3826
Stateline, NV 89449


Kipnis Rosen and  Bloom  LTD
5550 W. Touhy Ave.
Suite # 300
Skokie, IL 60077


Kitchens Grounds Maintenance ACH
1
286 Kirby Poe Road
Alvaton, KY 42122


KK's LawnCare GM
Kenny Kernop
2501 Maxwell Loop Rd
Tuscalossa, AL 35405

Klosterman Lawn Service
Mark Klosterman
406 Virginia Ct
Dodgeville, WI 53533


KM Enterprises Inc. ACH SALT
Ken Minor
P. O. BOX 2344
Naperville, IL 60540


Kobs & Roberts Services ACH
1
129 East Madison Avenue
Milton, WI 53563


Krantz Electric Inc
2650 N Nine Mound Road
Verona, WI 53593-8660


L Rogers Construction ACH SALT
P.O. 204
Downers Grove, IL 60515


La Crosse Lawn  Snow
Casey Peterson
1217 11th Street South
LaCrosse, WI 05401


Labonte Landscape Construction
Kegan Labonte
P.O. Box 116
Lincoln, RI 02865


Lamanna Landscape  Fertilizing Company G
Anthony Lamanna
3430 Lake Ridge Dr
Murrysville, PA 15668


Lamar Texas Limited Partnership
P.O. Box 96030
Baton Rough, LA 70896


LandCare Holdings Inc ACH
Steven Maples
PO BOX 677220
DALLAS, TX 75267-7220

Landscape Complete LLC
1
3530 East 28th Street
Minneapolis, MN 55406


Lawn Care by Walter Inc
Mark Walter
P.O.Box 5037
Rockford, IL 61125


Lawn Pro of Manhattan Corp ACH
Terry Priest
2912 Arbor Dr
Manhattan, KS 66503


Lawn Rangers LLC ACH USE CREDIT
1
915 Dunn Street
Portage, WI 53901


Lawnboyz Landscaping
902 S Randall Road
Suite C305
St Charles, IL 60174


Lawnovations Inc GM
JOSH EBERT & MICHAE
PO Box 63
Jenks, OK 74037


LCU Properties SALT
1
10546 North 2nd Street
Machesney Park, IL 61115


Leahy Eisenberg and Fraenkel LTD
33 W Monroe Street, Suite 1100
Chicago, IL 60603


Levy and Son
Sue Vandermolen
11024 Indian Trail
Dallas, TX 75229

Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street
Suite 300
Chicago, IL 60661


Liberty Mutual
P.O. Box 2051
Keene, NH 03431-7051


Lindsay Lawn  Landscaping LLC
Reggie Lindsay
104 Taylor Glen Dr
Morrisville, NC 27560


Line A Lot Inc
PO Box 399
Wauconda, IL 60084


Lock Doctor LLC ACH
LaVonda Horrar
10200 Taylorsville Rd
Louisville, KY 40299


Mance Outdoor Solutions
Adam
3837 John Glenn Drive
Granite City, IL 62040


Mastercraft Company
William Feck
4904 Winding Way
Rhinelander, WI 54501


MB Financial Bank, N.A.


MB Financial Bank, N.A.
6111 North River Road
Des Plaines, IL 60018


McClain Landscape Service
1
PO Box 44
Hansville, WA 98340

MCD Construction ACH Salt
8041 Revell Court
Orland Park, IL 60462


MD Property Services ACH
Michael Gray
947 South 500 East #210
American Fork, UT 84003


Menchhofer Tree Care
Steve Menchhofer
1502 S.525 W.
Danville, IN 46122


Merry Acres Landscape ACH GM
1
PO Box 3146
Albany, GA 31706


MerryMan Grounds Maintenance ACH
Jason Smith
1031 44th Street
Newport News, VA 23607


Michael Healy
c/o William McElligot, Leahy, Eisen
33 West Monroe, Suite 1100
Chicago, IL 60603-5317


Michael Healy


Micharel Healy


Michiana Grounds Man
1
PO Box 6364
South Bend, IN 46660


Midwest Sign & Lighting Inc
Rich Kros
PO Box 100045
Milwaukee, WI 53210

Missouri Department of Revenue
Taxation Division
PO Box 555
Jefferson City, MO 65105-0555


MN DEPT OF REVEN


Monnit Corporation
3400 S. West Temple
Salt Lake City, UT 84115


Mr Fence ACH
1
1804 N Burkhardt Road
Evansville, IN 47715


Mr. Handyman of Greater Cincinnati/NKY
Stephen Johnson
11005 Reading Rd
Cincinnati, OH 45241


Mr. Winter Services LLC ACH GM
Jsoh Przygocki
P.O. Box 378
Leslie, MI 49251


Multi Scapes LLC ACH
Jaime Ledferd
425 Teal Dr
Chatham, IL 62629


Mystic Lawn Care GM
Todd Allen
1905 Hampton Dr
Lebanon, TN 37087


Nafisco Inc.
808 Forestwood Drive
Romeoville, IL 60446


Nate's Lawn Maintenance Inc ACH
Nathan Kohn
970 Jer Mar Rd
Belgium, WI 53004

Nature's Caretaker of Washington LLC ACH
Brian McKenna
5536 Cruiser Loop SW
Bremerton, WA 98312


New England Landscape GM
Gregg Moore
3423 New Ingland Rd
West Mifflin, PA 15122


New Jersey Dept of Revenue


New Mexico Taxation and Revenue Dept
PO Box 25128
Santa Fe, NM 87504-5128


New York State Sales Tax
NYS Sales Tax Processing
P. O. Box 15168
Albany, NY 12212-5168


Nilco Inc ACH  NET SALT
Brent A Johnson
PO Box 1019
Huntley, IL 60142


Nines Landscape LLC ACH
1
W5227 Windmill Ridge Road
New Glarus, WI 53574


Northwest Landscape ACH
1
17420 113th Avenue
Maple Grove, MN 55330


NYS Corporation Tax
Processing Unit
PO Box 22092
Albany, NY 12201-2092


Oak Hill Landscaping
Jason Saddlemire
PO Box 875
Schoharie, NY 12157

OK Franchise Tax
Franchise Tax
PO Box 26920
Oklahoma City, OK 73126-0920


Oklahoma Tax Commission
PO Box 26890
Oklahoma City, OK 73126-0890


Olsson Roofing Company Inc ACH
PO Box 1450
Aurora, IL 60507-1450


Outdoor Oasis ACH GM
1
2042 Town Center Blvd. Box 129
Knoxville, TN 37922


P Tortorice Group Inc ACH
Peter Tortorice
1711 N. Brown Street
McHenry, IL 60050


PA DEPARTMENT OF REVENUE
P. O. Box 280406
Harrisburg, PA 17128


Pa Ma Lawn Services LLC ACH
4728 Grady Drive
Fort Pierce, FL 34946


Pagel Services
Kaleb Pagel
11629 Main St
Spitzer, WI 53825


Panda Services Inc ACH
DJ Angeles
13955 West Illinois Hiighway
New Lennox, IL 60451


Paradise Design Landscape
Jarred Rose
P.O. Box 2231
Brandon, FL 33509

Parks Outdoor Maintenance ACH
BILL MILLE & RODNEY
455 E Main St
Monrovia, IN 46157


Patterson Construction Services Inc
1
6009 Old Salem Lane
Springfield, IL 62711


Paulie Works Landscape
Paul Leonard
3603 292nd St.
Comanche, IA 52730


Payroll Taxes


PB Construction ACH SALT
Peter Bury
P.O. Box 959085
Hoffman Estates, IL 60195


Penn Forest Services
Daniel Groth
1114 Moorman Ave
Roanoke, VA 24017


Peoria Lawn Maintenance Team ACH SALT
1
522 Shady Oaks Drive
Metamora, IL 61548


Perfect Lawn  Snow Removal
Michael LaLicata
311 Marcella Rd
Mount Prospect, IL 60056


Pine Valley Landscaping
Kelly Bolen
P.O. Box 1742
Castle Rock, CO 80104

Plainfield Lock Techs
Scott Storms
14730 S. Naperville Rd
Plainfield, IL 60544


Platt's Construction
1
71 Forest Drive #1108
Wisconsin Dells, WI 53965


PLG SERVICES
TIM KROYM & NIC H
2216 N 2nd St
Clinton, IA 52732


Poblocki Paving Corp ACH
P.O. Box 13456
Wauwatosa, WI 53213-0456


Premier Property Maintenance
DBA Pressure Kleen
1344 Brookside Drive
Munster, IN 46321


Premium Exteriors Inc ACH
1
PO Box 1135
Montgomery, IL 60538


Professional Cleaning Co Inc ACH
Jacki - AP / Mike Ops
P.O. Box 5940
Carol Stream, IL 60197


Professional Lawn Care Co ACH GM
Bill Forest
8546 Rose Valley Rd
Trout Run, PA 17771


Pros on Call LLC ACH
Daryl Uberoi
111 West Anderson Lane, D200
Austin, TX 78752

Proscape Landscape Supply LLC ACH GM
Dispatch Center
106 Sewickley St
New Stanton, PA 15672


Q's Quality Landscaping LLC
Laquionus Presley
4 Pond Ridge Crossing
Newburgh, NY 12550


Quetzal Construction ACH SALT
1
420 West 15th Place
Chicago Heights, IL 60411


R AND M Landscaping AND Excavating
225 South 12th Street
Decatur, IN 46733


R Rojas Landscape ACH SALT
1
5124 S TRIPP AVE
CHICAGO, IL 60632


RC Building Services LLC ACH-HOLD
Jessica Phillips
130 Humboldt St
Brooklyn, NY 11206


Riggsby Companies LLC ACH
460 Jennings Drive
Lake In The Hills, IL 60156


River City Environmental
1
PO Box 30087
Portland, OR 97294


River Ridge Landscape Company
1
3223 River Road
Laurel, MT 59044


ROBERT R ANDREAS
3701 So. 61 St. Ave.
Cicero, IL 60804

Rocky's Snow Plowing Inc SALT ACH
Rocky Martino
2604 Sunnyside Avenue
Westchester, IL 60154


Rod's Landscape  Maintenance LLC
No Conta Given
541 S Park St
Reedsburg, WI 53959


Rosario Gambino Landscaping IncSALT
441 Podlin Drive
Franklin Park, IL 60106


Roto Rooter of Baton Rouge HOLD
Shane Spiller
PO Box 64966
Baton Rouge, LA 70896


Royal Lawn Service LLC ACH
Andrew King
P.O. Box 2232
Independence, MO 64029


Roys Paving and Sealcoating ACH
Roy Sanchez
4240 W. 166th Street
Oak Forest, IL 60452


Schneider Lawn Care LLC - Ohio
1
PO Box 1268
Middletown, OH 45042


Scott's Exterior Maintenance Co ACH
Scott Bowles
14866 Craig Drive
Bloomington, IL 61705


Seasonal Concepts ACH SALT
ANTHONY SINDT & VICK
P.O. Box 6483
Bloomingdale, IL 60108


Secretary of State, Conneticut

Secretary of State-IL
Jesse White
501 S. 2nd Street, Rm 351
Springfield, IL 62756-5200


Service Channel.com Inc ACH
Kathy West
P.O. Box 419223
Boston, MA 02241-9223


Sibila's Landscaping
Paul Sibila
P.O. Box 372
Churchville, MD 21028


Snow Shovel LLC ACH
Nathan Houser
22 Shawnee Way
Bozeman, MT 59715


Southwinds Landscaping Inc
Edwin Rivas
9 Talmadge Dr
Huntington Station, NY 11746


Spengler Plumbing
1402 Frontage Rd
O'Fallon, IL 62269


Spokane Procare
1
7610 North Freya Street
Spokane, WA 99217


St. Louis Lawn Care, Inc.
Tim & Nick Jenkerson
4118 Jamie
St. Louis, MO 63128


Standard Insurance LIFE
PO Box 5676
Portland, OR 97228-5676

Stanley Steemer of Baton Rouge
Dispatch Center
9142 Castillo Rd, Suite A
Baton Rouge, LA 70809


Starnes Outdoor Solutions Inc ACH
1251 Old St. Rd. 67 South
Mooresville, IN 46158


State of Wisconsin
Wisconsin Departement of Revenue
P.O. Box 8903
Madison, WI 53708-8903


Stovall & Sons Lawn ACH GM
1
278 County Road 3605
Bullard, TX 75757


Stuart's Landscaping
Paul Lueck
N7820 Lakeshore Dr
Fond Du Lac, WI 54937


Summer Green Landscap Snow Services ACH
Dan Turner
10134 Clow Creek Road Unit 7
Plainfield, IL 60585


Superior Contracting
Fred Sparacino
1695 Newbridge Rd
North Bellmore, NY 11710


Superior Maintenance Solutions ACH
Matias Barnes
19410 Hwy 99
Lynnwood, WA 98036


Superior Snow & Ice
1
PO Box 58
North Auora, IL 60542

Superior Sweeping Inc ACH
CRAIG & GARY KUEMPEL
PO Box 31187
Chicago, IL 60631


Supreme Enterprises
1
128 Sills Lane
Benton, KY 42025


T & J Landscape Services Inc  ACH
PO Box 368
St. John, IN 46373


T and P Lawn and Landscape Inc ACH
Paul Astemborski
779 Hampshire St
Niskayuna, NY 12309


TCL Electrical & Lighting
191 Poplar Place, Unit 4
North Aurora, IL 60542


Teddys Lawn and Landscape ACH
DERRICK DRUMM & BREN
12725 Levan Rd
Livonia, MI 48150


Tenezaca Landscaping ACH
Edison Tenezaca
7928 Wynbrook Rd
Baltimore, MD 21224


Texas Dept. of Revenue
Comptroller of Public Acct.
P. O. Box 149354
Austin, TX 78714-9354


That Perennial Place SALT ACH
DJ Stacey
1565 W Route 6
Morris, IL 60542

The Grounds Guys of Auburn MA
Steve Gallant
11 Southbridge St
Auburn, MA 01501


The Retirement Advantage Inc
P.O. Box 8822
Carol Stream, IL 60197-8822


The Standard Insurance Dental
877-490-9991
PO Box 82588
Lincoln, NE 68501-2588


The Window Brothers Inc
2622 S 162nd Street
New Berlin, WI 53151


Timeless Rides  Vintage Restoration LLC
John Pfliger
2507 1/2 Railroad Avenue
Bismarck, ND 58501-5072


Titan Masonry Enterprises Inc
Sam Pavesich
PO Box 695
Peotone, IL 60468


Tom's Yard Services ACH
Tom troutman
702 Country Aire Ct
Waunakee, WI 53597


Total Electric Controls and Maintenance
P.O. Box 493
St. Charles, IL 60175


Total Property Maintenance ACH
1
19356 Darden Road
South Bend, IN 46637


Tru-Cut Lawn & Landscape
1
3206 N. Broadway Street
Menomonie, WI 54751

Truegreen Limited Partnership ACH
PO Box 9001033
Louisville, KY 40290


Turf One LLC
Patty Greene
5781 CR 17
Garrett, IN 46738


Ultimate Lawns
1
15294 105th Avenue
Chippewa Falls, WI 54729


United Lawnscape ACH
DJ WEBBE & DARRIN L
62170 Van Dyke
Washinton Twp, MI 48094


United Services ACH
Barry-630-392-3326
1327 W. Beecher Road
Bristol, IL 60512


United States Treasury
5100 River Road
4th Floor - GRP 35 MAILSTOP  504
SCHILLER PARK, IL 60176


Untouched Corners ACH HOLD
Deandra Wint
926 E 48th St, Ste B
Brooklyn, NY 11203


Vargas Lawn Care Specialist LLC
Noe Vargas
P.O. Box 51501
Sarasota, FL 34232


Vegas Landscaping ACH
Alex Vega
79 W US Highway 6
Valparaiso, IN 46385

VIP Freight Solutions
Borsche
P.O.Box 205154
Dallas, TX 75320-5154


Vitelli Concrete Products Inc
2410 S Halsted Street
Chicago Heights, IL 60411


WA Dept of Revenue


Wayne Endre Contract 1 SALT
1
3632 Lake Avenue
Wilmette, IL 60091


WCD Enterprises LLC ACH GM
Wesley Dryden
28150 N Alma School Pkwy # 103-452
Scottsdale, AZ 85262


Weber Landscaping
Tom Weber
S110W19414 Muskego Dam Drive
Muskego, WI 53150-9558


Weikert Contracting
1
13182 260th Street
Ackley, IA 50601


West Virginia State Tax Dept.
PO Box 11425
Charleston, WV 25339


Wex Fleet Management
PO Box 6293
Carol Stream, IL 60197-6293


Wilsons Landscaping ACH
1
106 Service Street
Belleville, IL 62226

Wintergreen Landscaping SALT
Devin Bauder
14225 Arbeiter Road
Minooka, IL 60447


Yards by US ACH GM
Rich Martin
2467 Armstorng Dr
Winston-Salem, NC 27103

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cherry Logistics Corp.** _____

Debtor(s)

Case No. _____

Chapter   **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cherry Logistics Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Charise Simmers**

**Greg Dady**

**Michael Healy**

☐ None [*Check if applicable*]

**July 28, 2017** _____

Date

**/s/ William J. Factor** _____

**William J. Factor 6205675**

Signature of Attorney or Litigant

Counsel for   **Cherry Logistics Corp.**

**FactorLaw**

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
**312-878-6976 Fax:847-574-8233**