## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Cherry Logistics Corp., | ) | Case No. 17-22532 |
| | ) | |
| Debtors. | ) | Judge Janet S. Baer       (DuPage) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **October 20, 2017, at 11:0 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Janet S. Baer**, or before any other judge sitting in her stead, in **Courtroom 240**, located at Kane County Courthouse, 100 S Third Street, Geneva, Illinois, and then and there present **Motion for Relief from Automatic Stay**, a true and correct copy of which is attached hereto and hereby served upon you.

Brett A. Kaufman
Kaufman Legal Group, Ltd.
4415 W Harrison St – Ste 234
Hillside, IL 60162
(708) 375-5500
ARDC # 6280329

### CERTIFICATE OF SERVICE

I, Brett A. Kaufman, hereby certify that on October 5, 2017, I caused a true and correct copy of the foregoing Notice of Motion and the document(s) identified therein to be served on the person on the attached service list, either electronically via the Court's electronic notice for registrants or via first class mail, postage prepaid, as indicated on the service list.

                                                    /s/ Brett A. Kaufman
                                                      Brett A. Kaufman

## SERVICE LIST

**_Attorneys for Cherry Logistic Corporation_**
LEWIS BRISBOIS BISGAARD SMITH LLP
Francis Michael Pasqualino
550 W. Adams Street, Suite 300
Chicago, IL 60661
E: f.pasqualino@lewisbrisbois.com


The Law Office of William J. Factor, Ltd
William J Factor
1363 Shermer Road
Suite 224
Northbrook, IL 60062
E: wfactor@wfactorlaw.com


**_Attorneys for Valley Enterprises Inc._**
TRIBLER ORBETT & MEYER PC
Cecilio L. Franco
225 W. Washington, Suite 2550
Chicago, IL 60606
E: clfranco@tribler.com


**_Attorneys for ASP Realty, Inc. and New Albertson, Inc._**
Kennedy & Associates PC
Brian Keller
205 W. Wacker Street, Suite 500
Chicago, IL 60606
E: bkeller@kennedyassociatespc.com

**_Trustee_**
Frank J Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle, Suite 1201
Chicago, IL 60603-1419


Springer Brown, LLC
Elizabeth A. Bates
300 South County Farm Road
Ste. I
Wheaton, IL 60187
E: ebates@springerbrown.com


**_U.S. Trustee_**
Office of the U.S. Trustee, Region 11
Patrick S Layng
219 S Dearborn St
Room 873
Chicago, IL 60604

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Cherry Logistics Corp., | ) | Case No. 17-22532 |
| | ) | |
| Debtors. | ) | Judge Janet S. Baer     (DuPage) |

### MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES, Donald E. Schreiber, by and through his attorneys, KAUFMAN LEGAL GROUP, LTD., and respectfully requests that this Court grant relief from the automatic stay imposed pursuant to 11 U.S.C. §362, and in support thereof states as follows:

1. Movant has a personal injury lawsuit against the debtor, and others, for which there is insurance coverage currently pending in the *Circuit Court of Cook County – Law Division Case No: 2017 L 1217*.

2. Movant was injured on February 5, 2015, while he was in the course of his employment by ASP REALTY INC., an Illinois Corporation and ASP REALTY LLC, an Illinois Limited Liability Company. The debtor is a named defendant in said proceedings. Movant believes that he is prevented from proceeding in his civil action against debtor because of the automatic stay granted by 11 U.S.C. § 362.

3. Section 362(d) allows creditors such as movant to seek relief from the automatic stay "for cause, including the lack of adequate protection of an interest in property of such party in interest." *In re Holtkamp*, 669 F.2d 505, 507 (7th Cir. 1982), quoting 11 U.S.C. § 362(d). Where no great prejudice to the bankruptcy estate or debtor will occur and the hardship to the plaintiff/party in interest outweighs the hardship that might be caused to the debtor by lifting the stay, the stay should be lifted. *In re McGraw*, 18 B.R. 140, 142 (Bankr. N.D. Wis. 1982).

4. Where the civil action is not connected with and does not interfere with the

bankruptcy proceeding, the automatic stay does not further the purposes of the bankruptcy code. *Holtkamp* at 508.

5.      Where the claim is one covered by insurance or indemnity, continuation of the (civil) action should be permitted since hardship to the debtor is likely to be outweighed by hardship to the plaintiff." *McGraw* at 142, citing 2 Collier on Bankruptcy § 362.07(3). Even where insurance does not pay for the costs of defense of a civil action, the equities may still weigh in favor of lifting the stay. *McGraw* at 142. The presence of insurance allows the Bankruptcy Court to find that permitting the civil action to go forward would not jeopardize the bankruptcy estate because financial responsibility for the defense of the litigation would be borne by the insurance company. *Holtkamp* at 508-509.

6.      Movant seeks to lift the automatic stay herein to pursue recovery against the debtor, and others, in relation to the Case No: 2017 L 1217 currently pending in the Circuit Court of Cook

WHEREFORE, Donald E. Schreiber, respectfully requests that this Court enter an order modifying the automatic stay to permit him to continue his personal injury claim against the debtor, under the condition that no judgment obtained by Donald E. Schreiber will be enforced against the debtor except for and to the extent of the Debtor's liability under any insurance policy applicable to Donald E. Schreiber's claims.

                                                Respectfully submitted,

                                                  /s/ Brett A. Kaufman
                                                  Brett A. Kaufman

Brett A. Kaufman
Kaufman Legal Group, Ltd.
4415 W Harrison St – Ste 234
Hillside, IL 60162
(708) 375-5500
ARDC # 6280329