UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-22532 |
| | ) | |
| CHERRY LOGISTICS CORP. | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This cause coming on to be heard on the motion filed by Ronald Larabee to modify the restraining provisions of § 362 of the Bankruptcy Code, due notice having been given to all parties entitled thereto, and the Court being otherwise advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The automatic stay provisions of § 362 of the Bankruptcy Code are modified to permit Ronald Larabee to pursue and/or continue the prosecution of the lawsuit entitled Ronald Larabee v. Kroger Co. et al., Case No. 16 L 57, currently pending in the Circuit Court of the Thirteenth Judicial Circuit, LaSalle County, Illinois.

2. Bankruptcy Rule 4001(a)(3) is waived by the Court.

Enter: /s/ Janet S. Baer

United States Bankruptcy Judge

Dated: 17 NOV 2017

**Prepared by:**
Amy A. Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810
Attorneys for AFCO Credit Corporation

Rev: 20170105_bko