**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | Chapter: | 7 |
| Cherry Logistics Corp., | ) | | |
| | ) | Case No: | 17-22532 |
| | ) | | |
| Debtor. | ) | Judge: | Janet S. Baer |

**NOTICE OF TRUSTEE'S MOTION FOR EMPLOYMENT OF AUCTIONEER, FOR SALE OF ESTATE PROPERTY, FOR ABANDONMENT OF ESTATE PROPERTY AND REQUEST FOR LIMITED AND SHORTENED NOTICE**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT ON **March 23, 2018 at 11:00 a.m.** or as soon thereafter as Counsel may be heard, I shall present before the **Honorable Judge Janet S. Baer**, or any Judge sitting in her stead, at the courthouse located at **Courtroom 240, Kane County Courthouse, 100 S. Third Street, Geneva, Illinois** and present the attached *Trustee's Motion for Employment of Auctioneer, for Sale of Estate Property, For Abandonment of Estate Property and Request for Limited and Shortened Notice* at which time you may appear as you deem necessary.

**AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD**

Thomas E. Springer
Joshua D. Greene
Springer Brown, LLC
300 South County Farm Road, Suite I
Wheaton, IL 60187
(630) 510-0000

**CERTIFICATE OF SERVICE**

I, Joshua D. Greene, an attorney, on oath state that I caused to be served this Notice, Motion and proposed Order by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 300 S. County Farm Road, Illinois before 5:45 p.m. on March 14, 2018 with proper postage prepaid.

/s/ Joshua D. Greene /s/

## SERVICE LIST

**ECF Service:**

Patrick S. Layng, Esq.
United States Trustee
219 South Dearborn Street
8th Floor
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Frank J Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle
Suite 1201
Chicago, IL 60603-1419

William J Factor
The Law Office of William J. Factor, Ltd
1363 Shermer Road
Suite 224
Northbrook, IL 60062

Ariane Holtschlag
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

Jeffrey K. Paulsen
The Law Office of William J. Factor, Ltd
105 W. Madison, Suite 1500
Chicago, IL 60602

**By U.S. Mail Service:**

Gregory Dady Individually
Trustee of the Gregory L. Dady Revocable
Huck Bouma PC
1755 S Naperville Road Suite 200
Wheaton IL 60189

Associated Bank, N.A.
 c/o Bryan E. Minier
Lathrop Gage
155 N. Wacker Drive, Suite 3000
Chicago, IL 60606

Charise Simmers
915 Burnham Ct
Aurora IL 60502

Compass Minerals, America
9900 West 109th Street
Suite 100
Overland Park, KS 66061

Robert H. Chmura and Concetta Chmura
Mammano & Mulvihill P.C.
82 S. White Pike Suite 200
Berlin NJ 08009

Byline Bank
c/o Kevin H. Morse

SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601

JDK Services, Inc.
 Barnes & Thornburg LLP
Attn: Paula K. Jacobi
One North Wacker Drive Suite 4400
Chicago IL 60606

Roys Paving and Sealcoating ACH
Roy Sanchez
4240 W. 166th Street
Oak Forest, IL 60452

T & J Services, Inc.
 c/o Craig & Craig, LLC
11035 Broadway, Suite B
Crown Point, IN 46307

Alligatortek Computer Systems Inc
One Oakbrook Terrace, St 330
Oakbrook Terrace, IL 60181-4449

Nines Landscape LLC
Murphy Desmond S.C.
 P.O. Box 2038
Madison WI 53701

Chads Landscaping Inc ACH
Chad Clark
1179 Sylvertis Rd
Waterford, MI 48327

Abbott Tree Care Professionals LLC
Mike Abbot & John Davis
Po Box 249
Wayne, IL 60184-0249

R Rojas Landscape Inc.
 Law Office of Khoi Dang-VU
1801 S Throop Street
Chicago, IL 60608

Fox Swibel Levin & Carroll LLP
200 West Madison Street
Suite 3000
Chicago, IL 60606

Rosario Gambino & Son Landscaping, Inc.
c/o David Bohrer, Attorney
900 Skokie Blvd., #250
Northbrook, IL 60062

Landscape Complete LLC
3530 East 28th Street
Minneapolis, MN 55406

Amerisure Insurance Company
PO Box 2060
Farmington Hills MI 48333

Kingsbury Snow Removal ACH
STEPHAN HAASE & ADDI
P. O. Box 3826
Stateline, NV 89449

ACC International
200 N Furnace St., Bldg 1
Birdsboro, PA 19508

Remanufactured Systems, Inc.
325 South Union St.
Aurora, IL 60505

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter:    7 |
| Cherry Logistics Corp., ) | |
| ) | Case No:    17-22532 |
| ) | |
| Debtor. ) | Judge:    Janet S. Baer |

### NOTICE OF MOTION FOR EMPLOYMENT OF AUCTIONEER, FOR SALE OF ESTATE PROPERTY, FOR ABANDONMENT OF ESTATE PROPERTY AND FOR REDUCED NOTICE

NOW COMES Frank Kokoszka, duly appointed and serving Chapter 7 Trustee, by and through his attorneys, Springer Brown, LLC, and in support of his Motion to Retain Auctioneer pursuant to 11 U.S.C. §327 (the "Code") for approval of sale of Estate property pursuant to 11 U.S.C. §363, for abandonment of Estate property pursuant to 11 U.S.C. §554, and for reduced notice under FRBP 2002, respectfully states to this honorable Court as follows:

1. This case was commenced by Debtor's filing of a Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on July 28, 2017 (the "Petition Date").

2. Frank J. Kokoszka was subsequently appointed as Trustee herein and continues to serve in that capacity.

3, Prior to the Petition Date, Debtor leased office space located at 2801 Finley Rd., Downers Grove, Illinois. Located in the office space are various computers, desks, chairs, electronic equipment and other office furnishings (the "Office Equipment"). Trustee is informed and believes that some of the Office Equipment is owned free and clear of any liens, claims and encumbrances, and that some of the Office Equipment may be subject to a leasehold interest in favor of Remanufactured Systems, Inc. ("RSI"). Trustee has reached out to RSI to determine

what, if any, interest that RSI may have in the Office Equipment, but has not received any response as of the date of this Motion. RSI has not filed a secured claim in the bankruptcy case and has not sought return of any of the Office Equipment.

4.  Trustee seeks to retain David Heath of American Auction Associates, Inc. to take possession of, secure, and conduct a public auction sale of the Office Equipment, which is expected to take place on or around April 12, 2018.

6.  David Heath has proposed to conduct such an auction on the basis of a buyer's premium not to exceed ten percent (10%) plus reimbursement of expenses or a pro rata portion thereof.

7.  David Heath is a disinterested party herein and is properly bonded in accordance with local rules and is an experienced auction professional who has been employed in numerous bankruptcy estates by the Trustees before this Court. A true copy of David Heath's Affidavit of Disinterestedness is attached hereto and incorporated herein.

8.  Trustee additionally seeks abandonment of any Office Equipment that is not sold at auction. The office building in which Debtor was located is subject to a foreclosure proceeding filed by MB Financial Bank. A receiver has been appointed who is currently preparing the building for sale. Allowing any unsold assets to remain in the Debtor's office space would only subject the estate to unnecessary administrative costs.

9.  In order to expedite the auction and sale process into the first available auction date by Mr. Heath in an effort to maximize marketing and exposure of the Office Equipment to the potential purchasing market, the Trustee requests reduced notice of this motion pursuant to FRBP 2002 and 6007 to include date of filing to date of presentment of the Motion before the

Court. Trustee further request that notice of this motion be limited to the 20 largest creditors with proofs of claim on file and to RSI.

**WHEREFORE** Trustee prays for entry of an Order authorizing Trustee to retain David Heath of American Auction Associates, Inc. as auctioneer herein on the basis of a buyer's premium not to exceed ten percent plus expense reimbursement; for auction sale of the Office Equipment referenced herein; for authorization to abandon any office equipment not sold at auction; for reduced notice of this Motion by the Trustee pursuant to FRBP 2002 and 6007; and for any such other and further relief as this Court deems just and equitable.

Respectfully Submitted,

Frank Kokoszka Trustee

By: /s/Joshua D. Greene /s/
One of His Attorneys

Thomas E. Springer
Joshua D. Greene
SPRINGER BROWN, LLC
300 S. County Farm Road, Ste. I
Wheaton, IL 60187
(630) 510-0000
jgreene@springerbrown.com