UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| Cherry Logistics Corp. | § | Case No. 17-22532 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that FRANK J. KOKOSZKA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          219 S. Dearborn Street
          Chicago, IL  60604

     PLEASE TAKE NOTICE THAT ON August 20 2021, at 11:00 a.m. or as soon thereafter as Counsel may be heard, I will appear before the Honorable Judge Janet S. Baer, or any Judge sitting in her stead, and present the attached Notice of Trustee's Final Report and Applications for Compensation and Expense Reimbursement (NFR).

This motion will be presented and heard telephonically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must do one of the following:

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the Judge's page on the Court's website.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Date Mailed: 07/30/2021          By: /s/ Frank J. Kokoszka
                                                                                      Chapter 7 Trustee

*Frank J. Kokoszka, Trustee*
*19 South LaSalle Street*
*Ste 1201*
*Chicago, IL  60603-1419*
*312-443-9600*
*trustee@k-jlaw.com*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| Cherry Logistics Corp. | § | Case No. 17-22532 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 653,790.24 |
| and approved disbursements of | $ | 344,068.46 |
| leaving a balance on hand of[1] | $ | 309,721.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 80 | Associated Bank, N.A. | $ 613,052.73 | $ 225,335.31 | $ 225,335.31 | $ 0.00 |
| 98 | Indiana Department Of Revenue | $ 1,392.50 | $ 1,392.50 | $ 0.00 | $ 1,392.50 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 1,392.50 |
| Remaining Balance | $ | 308,329.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frank J. Kokoszka | $ 35,939.51 | $ 0.00 | $ 35,939.51 |
| Trustee Expenses: Frank J. Kokoszka | $ 236.53 | $ 0.00 | $ 236.53 |
| Attorney for Trustee Fees: Springer Larsen Greene | $ 120,193.00 | $ 107,037.00 | $ 13,156.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: Springer Larsen Greene | $ 1,218.68 | $ 992.18 | $ 226.50 |
| Accountant for Trustee Fees: Kutchins Robbins & D | $ 5,847.00 | $ 0.00 | $ 5,847.00 |
| Charges: Clerk of the U. S. Bankruptcy Court | $ 14,350.00 | $ 0.00 | $ 14,350.00 |

Total to be paid for chapter 7 administrative expenses         $         69,755.54

Remaining Balance                                              $        238,573.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,957.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | Wisconsin Department Of Revenue | $ 731.45 | $ 0.00 | $ 731.45 |
| 37 | New York State Dept. Of Taxation & Finance | $ 132.65 | $ 0.00 | $ 132.65 |
| 98 | Indiana Department Of Revenue | $ 4,043.69 | $ 0.00 | $ 4,043.69 |
| 99 | Illinois Department Of Employment Security | $ 50.00 | $ 0.00 | $ 50.00 |

Total to be paid to priority creditors                         $          4,957.79

Remaining Balance                                              $        233,615.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,637,115.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Riggsby Companies Llc Ach | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Compass Minerals, America | $ 482,495.48 | $ 0.00 | $ 30,991.22 |
| 3 | Untouched Corners Llc | $ 20,192.73 | $ 0.00 | $ 1,297.00 |
| 4 | River City Environmental, Inc. | $ 55,050.17 | $ 0.00 | $ 3,535.93 |
| 5 | Spokane Procare | $ 2,129.52 | $ 0.00 | $ 136.78 |
| 6 | Plainfield General Rental D.B.A | $ 334.06 | $ 0.00 | $ 21.46 |
| 7 | Earth Care Inc | $ 3,432.56 | $ 0.00 | $ 220.48 |
| 8 | A Beautiful View Lawn Landscaping Llc | $ 1,722.50 | $ 0.00 | $ 110.64 |
| 9 | Blackcreek Landscaping, Llc | $ 2,400.00 | $ 0.00 | $ 154.15 |
| 10 | D & P Enterprises | $ 11,762.52 | $ 0.00 | $ 755.52 |
| 11 | Wilsons Landscaping & Lawn Services,Inc | $ 1,408.50 | $ 0.00 | $ 90.47 |
| 12 | Evergreen Lawn Care Inc | $ 1,399.50 | $ 0.00 | $ 89.89 |
| 13 | Creative Gardens Services Llc | $ 1,571.72 | $ 0.00 | $ 100.95 |
| 14 | Nature's Caretaker Of Washington Llc | $ 10,093.17 | $ 0.00 | $ 648.30 |
| 15 | The Window Brothers | $ 5,800.00 | $ 0.00 | $ 372.54 |
| 16 | Enterprise Glass Inc | $ 3,200.00 | $ 0.00 | $ 205.54 |
| 17 | Brancato Landscaping Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 18 | Ccs Landscaping Inc. | $ 2,583.92 | $ 0.00 | $ 165.97 |
| 19 | Landcare Usa L.L.C | $ 2,422.32 | $ 0.00 | $ 155.59 |
| 20 | R Rojas Landscape Inc. | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Plainfield General Rental D.B.A | $ 334.06 | $ 0.00 | $ 21.46 |
| 22 | Mr. Handyman Of Greater Cincinnati/Nky | $ 634.00 | $ 0.00 | $ 40.72 |
| 23 | Kcg Management Llc Ach Hold | $ 20,313.68 | $ 0.00 | $ 1,304.77 |
| 24 | Ew Landscaping Llc | $ 2,182.80 | $ 0.00 | $ 140.20 |
| 25 | Chudy Builders | $ 4,010.40 | $ 0.00 | $ 257.59 |
| 26 | Evergreen Lawn Care Inc | $ 1,399.50 | $ 0.00 | $ 89.89 |
| 27 | Lamar Advertising Company | $ 19,632.00 | $ 0.00 | $ 1,260.99 |
| 29 | J Steven Burkhart Excavating Inc | $ 9,444.80 | $ 0.00 | $ 606.65 |
| 30 | Robert R Andreas & Sons Inc | $ 4,138.32 | $ 0.00 | $ 265.81 |
| 31 | Superior Snow & Ice Management Inc | $ 9,157.10 | $ 0.00 | $ 588.17 |
| 32 | Stuart's Landscaping & Garden Center Inc | $ 1,411.65 | $ 0.00 | $ 90.67 |
| 33 | Borderlines Pavement Maintenance | $ 350.00 | $ 0.00 | $ 22.48 |
| 34 | Rosario Gambino & Son Landscaping, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 35 | Ruppert Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 36 | Acc International | $ 27,652.81 | $ 0.00 | $ 1,776.17 |
| 38 | Scott's Exterior Maintenance Co | $ 2,343.26 | $ 0.00 | $ 150.51 |
| 39 | United Septic | $ 605.00 | $ 0.00 | $ 38.86 |
| 40 | Teddys Lawn And Landscape Ach | $ 4,844.75 | $ 0.00 | $ 311.18 |
| 41 | Pennsylvania Dept Of Revenue | $ 16,500.00 | $ 0.00 | $ 1,059.81 |
| 42 | Fresh Cut Lawn Care Snow Removal Llc | $ 2,240.00 | $ 0.00 | $ 143.88 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 43 | Kingsbury Snow Removal Ach | $ 0.00 | $ 0.00 | $ 0.00 |
| 44 | Platt's Construction & Service Llc | $ 9,584.00 | $ 0.00 | $ 615.59 |
| 45 | Landscape Complete Llc | $ 37,494.80 | $ 0.00 | $ 2,408.33 |
| 46 | Nate's Lawn Maintenance Inc Ach | $ 19,059.50 | $ 0.00 | $ 1,224.21 |
| 47 | Handyman Services Of Columbus Llc | $ 14,189.63 | $ 0.00 | $ 911.42 |
| 48 | Lock Doctor Llc | $ 125.00 | $ 0.00 | $ 8.03 |
| 49 | Supreme Enterprises Llc | $ 3,755.98 | $ 0.00 | $ 241.25 |
| 50 | Alligatortek Computer Systems Inc | $ 72,412.50 | $ 0.00 | $ 4,651.14 |
| 51 | Avalanche Enterprises Inc | $ 5,203.54 | $ 0.00 | $ 334.23 |
| 52 | Hoy Landscaping Inc | $ 9,781.46 | $ 0.00 | $ 628.27 |
| 53 | Aspmg Inc | $ 17,618.61 | $ 0.00 | $ 1,131.66 |
| 54 | Buckley's Prairie Landscape Inc | $ 2,166.67 | $ 0.00 | $ 139.17 |
| 55 | Rod"s Landscape & Maintenance Llc | $ 8,617.69 | $ 0.00 | $ 553.52 |
| 56 | Ak Maintenance | $ 5,100.00 | $ 0.00 | $ 327.58 |
| 57 | Custom Construction & Landscaping Inc | $ 10,617.00 | $ 0.00 | $ 681.94 |
| 58 | Ani Corporation | $ 3,800.00 | $ 0.00 | $ 244.08 |
| 59 | Lawn Care By Walter Inc | $ 5,000.00 | $ 0.00 | $ 321.16 |
| 60 | Sibila"s Landscaping Llc | $ 10,650.00 | $ 0.00 | $ 684.06 |
| 61 | Mr Fence Inc | $ 2,014.08 | $ 0.00 | $ 129.37 |
| 62 | Builders Chicago Corporation | $ 630.00 | $ 0.00 | $ 40.47 |
| 63 | Steve H. Bumeter | $ 7,191.33 | $ 0.00 | $ 461.91 |
| 64 | Robert H. Chmura And Concetta Chmura | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 65 | Weber Landscaping Inc | $ 1,400.00 | $ 0.00 | $ 89.92 |
| 66 | Aspmg Inc | $ 17,618.61 | $ 0.00 | $ 1,131.66 |
| 67 | Line A Lot Inc | $ 16,500.00 | $ 0.00 | $ 1,059.81 |
| 68 | Chads Landscaping Inc Ach | $ 0.00 | $ 0.00 | $ 0.00 |
| 69 | Group Packard, Llc | $ 17,200.00 | $ 0.00 | $ 1,104.78 |
| 70 | Casey Brothers Enterprises Inc | $ 5,675.00 | $ 0.00 | $ 364.51 |
| 71 | Panda Services Inc. | $ 11,420.47 | $ 0.00 | $ 733.55 |
| 72 | Fox Swibel Levin & Carroll Llp | $ 46,408.60 | $ 0.00 | $ 2,980.88 |
| 73 | Nines Landscape Llc | $ 54,706.74 | $ 0.00 | $ 3,513.87 |
| 74 | Byline Bank | $ 91,750.85 | $ 0.00 | $ 5,893.26 |
| 75 | A Plus Landscaping Llc | $ 0.00 | $ 0.00 | $ 0.00 |
| 76 | Michiana Grounds Management, Inc. | $ 3,486.80 | $ 0.00 | $ 223.96 |
| 77 | T & J Services, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 78 | La Crosse Lawn And Snow Llc | $ 5,137.60 | $ 0.00 | $ 329.99 |
| 79 | Byline Bank | $ 168,922.01 | $ 0.00 | $ 10,850.05 |
| 80 U | The Cadle Company | $ 387,717.42 | $ 0.00 | $ 24,903.52 |
| 81 | Gregory Dady Individually | $ 494,604.00 | $ 0.00 | $ 31,768.96 |
| 82 | Leahy Eisenberg And Fraenkel Ltd | $ 21,448.43 | $ 0.00 | $ 1,377.66 |
| 83 | Jdk Services, Inc. | $ 136,110.60 | $ 0.00 | $ 8,742.54 |
| 84 | Abbott Tree Care Professionals Llc | $ 51,773.60 | $ 0.00 | $ 3,325.48 |
| 85 | Ack-Temp Mechanical Services, Inc. | $ 2,929.87 | $ 0.00 | $ 188.19 |
| 86 | Kimball Property Maintenance Inc | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 87 | Thomas Springer, Trustee of Estate of Charise Simmers | $ 1,100,000.00 | $ 0.00 | $ 70,654.22 |
| 88 | Wintergreen Landscaping Llc | $ 11,600.00 | $ 0.00 | $ 745.08 |
| 89 | Clean Cut Lawn Service Inc/Ron Buttaro | $ 10,500.00 | $ 0.00 | $ 674.43 |
| | Total to be paid to timely general unsecured creditors | | $ | 233,615.95 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $134,005.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 90 | Jerrod C Miglorini | $ 8,959.00 | $ 0.00 | $ 0.00 |
| 91 | Central Il Snow Removal | $ 4,143.53 | $ 0.00 | $ 0.00 |
| 92 | Starnes Outdoor Solutions Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 93 | Titan Masonry Enterprises Inc | $ 6,565.65 | $ 0.00 | $ 0.00 |
| 94 | P.L.G. Services Llc | $ 2,069.62 | $ 0.00 | $ 0.00 |
| 95 | Amerisure Insurance Company | $ 36,853.19 | $ 0.00 | $ 0.00 |
| 96 | Toyota Motor Credit Corporation | $ 8,010.20 | $ 0.00 | $ 0.00 |
| 97 | Elgin Sweeping Service Inc | $ 25,622.40 | $ 0.00 | $ 0.00 |
| 98 | Indiana Department Of Revenue | $ 400.00 | $ 0.00 | $ 0.00 |
| 100 | Logmein, Inc. | $ 1,226.89 | $ 0.00 | $ 0.00 |
| 101 | Toyota Motor Credit Corporation | $ 40,154.59 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 102 | Marco & Elisa Cuellar | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frank J. Kokoszka
Chapter 7 Trustee

*Frank J. Kokoszka, Trustee*
*19 South LaSalle Street*
*Ste 1201*
*Chicago, IL  60603-1419*
*312-443-9600*
*trustee@k-jlaw.com*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.