**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter: 7 |
| Cherry Logistics Corp., | ) | |
| | ) | Case No: 17-22532 |
| | ) | |
| Debtor. | ) | Judge: Janet S. Baer |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

Please take notice that on January 26, 2022, Frank J. Kokoszka, Trustee herein, pursuant to 11 U.S.C. §347(a) deposited funds, as described below, with the **Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, 7th Floor, Chicago, IL 60604**.

| CHECK # | ORIGINAL PAYEE | CHECK AMOUNT |
|---|---|---|
| 2055 | New York State Dept. of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | $ 132.65 |
| 2060 | River City Environmental<br>319 SW Washington #520<br>Portland, OR 97204 | $3,535.93 |
| 2070 | Nature's Caretaker of Washington LLC<br>PO Box 700<br>Belfair, WA 98528 | $648.30 |
| 2091 | Platt's Construction & Service, LLC<br>71 Forest Drive #1108<br>Wisconsin Dells, WI 53965 | $615.59 |
| 2097 | Alligortek Computer Systems, Inc.<br>One Oakbrook Terrace<br>Suite 330<br>Oakbrook Terrace, IL 60180-4449 | $4651.14 |
| | | ============ |
| | Total | $ 9,583.61 |

|  |  |
|---|---|
| January 26, 2022 | /s/ Frank J. Kokoszka |
|  | Frank J. Kokoszka, Trustee |

Frank J. Kokoszka
Chapter 7 Trustee
Kokoszka & Janczur, P.C.
19 South LaSalle Street
Ste 1201
Chicago, IL  60603-1419
312-443-9600
trustee@k-jlaw.com

2

CERTIFICATE OF SERVICE

I, Frank J. Kokoszka, hereby certify that on January 26, 2022, I served a true and correct copy of the Notice of Deposit of Unclaimed Funds upon the parties below identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 19 South LaSalle, Chicago, Illinois.

Dated:   January 26, 2022                   /s/ Frank J. Kokoszka
                                            Frank J. Kokoszka, Trustee

Frank J. Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle Street, Ste 1201
Chicago, IL  60603-1419
312-443-9600
trustee@k-jlaw.com

**SERVICE LIST**

New York State Dept. of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

River City Environmental
319 SW Washington #520
Portland, OR 97204

Nature's Caretaker of Washington LLC
PO Box 700
Belfair, WA 98528

Platt's Construction & Service, LLC
71 Forest Drive #1108
Wisconsin Dells, WI 53965

Alligortek Computer Systems, Inc.
One Oakbrook Terrace
Suite 330
Oakbrook Terrace, IL 60180-4449

River City Environmental
PO Box 30087
Portland, OR 97294