# Notice of Motion form for Zoom for Government

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DEBTOR:
CHERRY LOGISTICS

CASE No:
17-22532

[caption]

JUDGE GOLDGAR

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on **FEBRUARY 28**, 20**22**, at **9:30** (a.m.)/p.m., I will appear before the Honorable **BENJAMIN GOLDGAR**, or any judge sitting in that judge's place, and present the motion of **UNCLAIMED FUNDS** _____ [to/ for] _____, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.** The meeting ID for this hearing is **161 500 0972** and the password is **726993**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

[Name of movant]
By: _____

[Name, address, telephone number,
and email address of counsel]

PRESIDENT & CEO
SREDHAR BALAKRISHNAN
PO BOX A3942
CHICAGO, IL 60690

*[Stamp: FILED FEB 17 2022, JEFFREY P. ALLSTEADT, CLERK, UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS — INTAKE 2]*

## CERTIFICATE OF SERVICE

I, ___SRIDHAR BALAKRISHNAN___, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on ___FEB 17___, 20 _22_ at _9:40_ (a.m.)/p.m.

Form: U-1b

**Fill in this information to identify the case:**

| Debtor 1 | CHERRY　　LOGISTICS |
| --- | --- |
|  | First Name　　Middle Name　　Last Name |

| Debtor 2 | |
| --- | --- |
| (Spouse, if filing) | First Name　　Middle Name　　Last Name |

United States Bankruptcy Court for the: NB　　District of Illinois
                                                    (State)

Case number: 17-22532

```
             F I L E D
UNITED STATES BANKRUPTCY COURT
  NORTHERN DISTRICT OF ILLINOIS

         FEB 17 2022

JEFFREY P. ALLSTEADT, CLERK
         INTAKE 2
```

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | 4,651.14 |
| --- | --- |
| Claimant's Name: | Alligator Computer Systems, Inc. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | PO Box A3942<br>Chicago IL 60690-3942 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Revised: 20191203

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney<br>
__Northern__ District of __Illinois__<br>
Chief Civil Division<br>
U.S. Attorney's Office<br>
219 South Dearborn Street<br>
Chicago, Illinois 60604

---

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 02/16/2022 | Date: |
| *[signature]* | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Sridhar Balakrishnan | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address:<br>PO Box A3942<br>Chicago IL 60690-3942 | Address: |
| Telephone: 708 785 9449 | Telephone: |
| Email: sbala@alligatortek.com | Email: |

### 6. Notarization

STATE OF __Illinois__

COUNTY OF __Cook__

This Application for Unclaimed Funds, dated __2/16/22__ was subscribed and sworn to before me this __16th__ day of __February__, 20__22__ by __February__

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public *[signature]*

My commission expires: 8/19/2024

```
MONICA LINARES
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 19, 2024
```

### 6. Notarization

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public_____

My commission expires:

---

Form 1340          Application for Payment of Unclaimed Funds          Page 2